# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL VINCENT MOORE, #2002686, | § | |
| Petitioner, | § § § | |
| v. | § | Case No. 6:17-CV-423-JDK-KNM |
| DIRECTOR, TDCJ-CID, | § § | |
| Respondent. | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On November 18, 2019, the Magistrate Judge issued a Report and Recommendation (Docket No. 42) recommending that the petition for writ of habeas corpus be denied. It was further recommended that a certificate of appealability should be denied. *Id*. Petitioner filed written objections. Docket No. 45.

The Court reviews objected-to portions of the Magistrate Judge's Report and Recommendation de novo. *See* FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court conducting a de novo review examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Having reviewed Petitioner's objections de novo, the Court concludes that the objections are without merit and that the findings and conclusions of the Magistrate Judge are correct.

Accordingly, it is **ORDERED** that Petitioner's objections are **OVERRULED** and that the Magistrate Judge's Report (Docket No. 42) is **ADOPTED** as the opinion of this Court. It is further **ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**. All pending motions are **DENIED AS MOOT**.

So **ORDERED** and **SIGNED** this **29th** day of **July, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE